# IN THE SUPREME COURT OF THE STATE OF NEVADA

VCC, LLC; ALL STAR STEEL, LLC;
MARTIN IRON WORKS, INC.;
TANDEM INDUSTRIES, LLC; AND
TITAN DEMOLITION, LLC,
Petitioners,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
ELISSA F. CADISH, DISTRICT JUDGE,
Respondents,
   and
CAROLYN LOVETT, AS HEIR AND AS
SPECIAL ADMINISTRATOR OF THE
ESTATE OF MARK BRIAN LOVETT;
JAMES RAY LOVETT, AS HEIR OF
MARK BRIAN LOVETT; AND THE
ESTATE OF MARK BRIAN LOVETT,
Real Parties in Interest.

No. 69704

**FILED**

MAY 1 3 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
    DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this writ petition is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _Tracie K. Lindeman_

16-15116

cc: Hon. Elissa F. Cadish, District Judge
Olson, Cannon, Gormley, Angulo & Stoberski
Lewis Brisbois Bisgaard & Smith, LLP/Las Vegas
Lasater & Martin, P.C.
Lemons, Grundy & Eisenberg
Morris, Sullivan, Lemkul & Pitegoff/Las Vegas
Kemp, Jones & Coulthard, LLP
Eighth District Court Clerk